No. 645. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* JAMES Q. NEWTON TRUST; and

No. 646. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* NEWTON. See *post,* p. 825.

No. 314. BOWDEN ET AL. *v.* CITY OF FORT SMITH. March 16, 1942. The order denying certiorari, 314 U. S.

651, is vacated and the petition for writ of certiorari to the Supreme Court of Arkansas is granted. *Messrs. Joseph F. Rutherford* and *Hayden Covington* for petitioners.